■ In the Matter of CAROL JAGIELLO, Respondent, v. EDWIN T. JAGIELLO, Appellant.— Upon stipulation of the attorneys for the respective parties, all proceedings in this habeas corpus proceeding and in the action of *Lockwood* v. *Jagiello* stayed pending hearing and determination of the two appeals herein which are to be argued at the term commencing February 19, 1963.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. JACKIE LEE BUFFINGTON, Respondent. (B) THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. DOUGLAS THEODORE HENRY, Respondent. (C) THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. RONALD DEEMER, Respondent. (D) THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. JORDAN PAUL ROUGEAUX, Respondent.— [In each action] Motion to add appeal to January 1963 Term Calendar denied; motion by respondent to file and serve typewritten briefs granted, briefs to be filed on or before January 31, 1963 and case added to February 1963 Term Calendar.

■ In the Matter of the STATE INSURANCE FUND, Respondent, v. F. DOW HAMBLIN, as City Manager, et al., Appellants.— Motion granted and time for argument of appeal extended to include term commencing on April 2, 1963.

■ LAURETTE ELLIOTT, as Executrix of EUGENE ELLIOTT, Deceased, Respondent, v. ROXIE GIAN, Doing Business as ROXIE GIAN CONSTRUCTION, Appellant.— Motion granted and order entered November 29, 1962 modified by striking therefrom " January 23, 1963 " and inserting in place thereof " February 13, 1963 ".

■ ISABELLE ARRISON, Respondent, v. ANTHONY CALDERONE, Appellant.— Motion by respondent to file and serve typewritten brief granted upon condition such brief is filed on or before January 14, 1963. Motion to dismiss appeal denied, with leave to renew upon argument of the appeal.

■ CITY OF NIAGARA FALLS, Appellant, v. RUBY M. RIZZO, Respondent, et al., Defendants.— Motion granted and order dismissing appeal pursuant to rule X vacated, on condition that original record is filed on or before January 10, 1963. If respondent wishes to file a brief it must be filed on or before February 1, 1963. Motion to add case to January 1963 Calendar denied.

■ PATRICK DI GENNARO et al., Respondents, v. MONROE COUNTY WATER AUTHORITY, Defendant, and LIBERTY MUTUAL INS. CO., Appellant.— Motion granted and order dismissing appeal pursuant to rule X vacated, on condition that appellant's briefs are filed and served on or before January 20, 1963.

■ NELLIE GUARINO, Appellant, v. PRITCHARD BUS COMPANY et al., Respondents. (And Another Action.) — Motion to vacate rule X dismissals denied.

■ MARY C. SIEGEL, Respondent, v. BOARD OF EDUCATION OF THE CITY OF BUFFALO, Appellant.— Motion for an order vacating the order dismissing the appeal denied.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDGAR J. DEWEY, Appellant.— Motion to enlarge time for argument to include the term commencing February 19, 1963 granted.

■ SAM PICKETT, Appellant, v. NIAGARA FRONTIER TRANSIT SYSTEM, INC., Respondent.— Motion granted to prosecute appeal as a poor person pursuant to sections 198-a and 558 of the Civil Practice Act.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HERBERT A. JOHNSON, Appellant.— Motion to enlarge time for argument to include the term commencing February 19, 1963 granted.